### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **RONNIE LEE BROWN,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) CIVIL NO. 5:05-CV-564-PWG |
| | ) |
| **BILLY MITCHEM, WARDEN;** | ) |
| **ATTORNEY GENERAL FOR THE** | ) |
| **STATE OF ALABAMA,** | ) |
| | ) |
| **Respondents.** | ) |

### MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on August 15, 2007, recommending that the petition for writ of habeas corpus be dismissed as procedurally barred due to petitioner's failure to exhaust his state remedies. The parties were allowed fifteen days from the entry of the findings and recommendation in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED**. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 13th day of September, 2007.

_/s/ VEHopkins_
**VIRGINIA EMERSON HOPKINS**
United States District Judge
